BEFORE THE SECOND DIVISION, DECEMBER 19, 1963

No. 68184.—Polks Modelcraft Hobbies, Inc. v. United States, protest 62/12220 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of multitesters similar in all material respects to those the subject of *United States* v. *G. L. Electronics, Inc., Arrow Sales, Inc.* (49 CCPA 111, C.A.D. 804), the claim of the plaintiff was sustained.